

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Sarina Kaplan*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*          *Main: (856) 757-5105*
*P.O. Box 2098*                         *Direct:  (856) 757-5031*
*Camden, NJ 08101*                      *sarina.kaplan@usdoj.gov*


August 5, 2026

**<u>Via ECF</u>**
Hon. Claire C. Cecchi, U.S.D.J.
U.S. District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

>  Re:    *Guipacha v Blanche*, **No. 26-9815 (CCC)**
>         **Extension Request**

Dear Judge Cecchi,

This Office represents Respondents in the above-referenced habeas matter. We respectfully submit this letter in response to the Court's Orders granting the immediate release of Petitioner in the State of New Jersey. ECF Nos. 4 and 6. As previously reported, Petitioner was transferred outside of New Jersey before the Court entered its no-transfer order.  ECF No. 5.  U.S. Immigration and Customs Enforcement ("ICE") advised this Office that Petitioner is currently detained in Louisiana.  ICE has advised that it is actively coordinating the transportation and other logistical arrangements necessary to return Petitioner to New Jersey and effectuate his release here.  Because those arrangements require additional time to complete, Respondents respectfully request an extension of time to comply with the Court's Order until Sunday, August 9, 2026.

We thank the Court for its consideration of this matter.

<div style="border:1px solid black; padding:1em;">

**SO ORDERED**

**<u>/s/ Claire C. Cecchi</u>**
**U.S.D.J.**

**Dated: August 6, 2026**

</div>

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:   *s/ Sarina Kaplan*
      SARINA KAPLAN
      Assistant United States Attorney
      *Attorneys for Federal Respondent*

cc:    all parties via ECF

2