

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Sarina Kaplan*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*          Main: (856) 757-5105
*P.O. Box 2098*                         Direct:  (856) 757-5031
*Camden, NJ 08101*                      sarina.kaplan@usdoj.gov

August 6, 2026

**<u>Via ECF</u>**
Hon. Claire C. Cecchi, U.S.D.J.
U.S. District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

> Re:   *Guipacha v Blanche*, No. 26-9815 (CCC)
>         Petitioner's Release

Dear Judge Cecchi,

This Office represents Respondents in the above-referenced habeas matter. We respectfully submit this letter in response to the Court's August 4, 2026, Text Order granting the release of Petitioner, with an extension for release. ECF Nos. 4, 8. U.S. Immigration and Customs Enforcement ("ICE") advised this Office that it released Petitioner from its custody on August 6, 2026, at 9:40 p.m. in New Jersey.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:   *s/ Sarina Kaplan*
        SARINA KAPLAN
        Assistant United States Attorney
        *Attorneys for Federal Respondent*

In light of Petitioner's release, the Clerk's Office shall close this matter.

SO ORDERED

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date:  8/13/2026